# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:11-cr-00015-LDG-PAL |
| ) | |
| vs. ) | |
| ) | |
| TIMOTHY HOUGH, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On October 6, 2011, this Court granted GARY MYERS' oral motion to withdraw as counsel for Defendant TIMOTHY HOUGH.

IT IS ORDERED that JESS MARCHESE, ESQ. is appointed as counsel in his place.

DATED this 49v day of December 2011.
Nunc Pro Tunc date October 3, 2011.

_____
UNITED STATES DISTRICT JUDGE