# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN BIRMELE,<br><br>    Defendant. | Case No. 2:11-cr-00015-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the Government's Motion for Reconsideration and Opposition to Defendant's Motion for Early Termination of Supervised Release (#189) is DENIED.

DATED this ___ day of October, 2013.

_____
Lloyd D. George
United States District Judge